JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGISHTI TIGRANYAN,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>Defendant. | Case No. 2:24-cv-00741-SPG-RAO<br><br>**JUDGMENT** |

Upon review of the Joint Briefing on Defendants' Motion for Summary Judgment (ECF No. 35) and consideration of the parties' briefs and arguments, the Court found that application of the "*TRAC* factors," as set forth in *Telecommunications Research & Action Center v. FCC*, 750 F.2d 70, 80 (D.C. Cir. 1984) weighed in favor of Defendants, the delay in adjudicating Plaintiff's asylum application was not unreasonable, and granting summary judgment to Defendants is appropriate. This Court thus granted summary judgment for Defendants and awarded no relief to Plaintiff.

//
//
//
//

1

1   For all the foregoing reasons, IT IS HEREBY ORDERED that JUDGMENT is
2  entered in favor of Defendants. The Clerk is directed to close this case.

Dated: June 3, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE